# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSEPH HILLARD, SR.

NO. 2025 KW 0241

**JULY 14, 2025**

---

In Re:     Joseph Hillard, Sr., applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 10-91-0924, 04-97-0631.

---

**BEFORE:    PENZATO, STROMBERG, AND FIELDS, JJ.**

**APPLICATION FOR REHEARING DENIED.** An application for rehearing will not be considered where this court denied the original writ application. See Uniform Rules-Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**AHP**
**TPS**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT